Adam P. Segal, Esq.
Nevada Bar No. 6120
Clark V. Vellis, Esq.
Nevada Bar No. 5533
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:     (702) 382-2101
Facsimile:      (702) 382-8135
Email: asegal@bhfs.com
Email: cvellis@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND, | Case No. 2:12-cv-00812-MMD-PAL |
| Plaintiffs, | **STIPULATED/CONSENT JUDGMENT** |
| vs. | |
| WILLIAMS BROTHER, INC., a Nevada corporation, | |
| Defendant. | |

Williams Brother, Inc. ("Williams"), hereby stipulates and consents to entry of judgment

in favor of Plaintiffs, Trustees of the Electrical Workers Health and Welfare Trust, Trustees of the

Electrical Workers Pension Trust, and Trustees of the Las Vegas Electrical Joint Apprenticeship

and Training Trust Fund (collective "Trust Funds"), and against Williams in the total sum of

$32,785 for delinquent employee benefit contributions and related costs and fees owed under the Employee Retirement Income Security Act of 1974 ("ERISA").

The parties have stipulated and therefore the Court finds:

1.    Williams is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the International Brotherhood of Electrical Workers Local No. 357 ("Union"), in which Williams agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2.    Under the CBA and the Trust Agreements, Williams is obligated to pay employee benefit contributions to the Trust Funds on behalf of Williams's bargaining unit employees represented by the Union.

3.    Based on a contract compliance review ("Audit") for the period of September 1, 2009, through May 31, 2012, Williams owes the Trust Funds $32,785, which includes employee benefit contributions, liquidated damages, interest, audit fees, and attorney's fees to date.

4.    This Stipulated/Consent Judgment is entered into by and between Williams and the Trust Funds for employee benefit contributions and related costs and fees owed to the Trust Funds by ERISA.

Dated: ~~November~~ December 14, 2012

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

_____

Adam P. Segal, Esq.
Clark V. Vellis, Esq.
Bryce C. Loveland, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
*Attorneys for Plaintiffs*

Dated: ~~November~~ Dec. 11, 2012

WILLIAMS BROTHER, INC., a Nevada
corporation

_____

Name: Michel Poeh

Title: President

Telephone: _____

Facsimile: _____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

## JUDGMENT

Judgment is hereby entered against Williams Brother, Inc., a Nevada corporation and in favor of the Trustees of the Electrical Workers Health and Welfare Trust, Trustees of the Electrical Workers Pension Trust, and Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund in the amount of $32,785.

Dated this ___12th___ day of ___February___, 20__13__

_____

U.S. DISTRICT COURT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

020051\0108\1752611.2

STATE OF NEVADA       )
                      )        SS.
COUNTY OF *CLARK*     )

1
2

*MICHAEL PECK* , being first duly sworn, deposes and says:

3

That he/she is the *Pres.* of Williams Brother, Inc., a Nevada corporation, and is

4

duly authorized to execute this document; that he/she has read the foregoing Stipulated/Consent

5

Judgment and knows the contents thereof; that the same is true of his/her own knowledge, except

6

7

for those matters therein stated on information and belief, and as to those matters he/she believes

8

them to be true.

9

10

Affiant

11

Subscribed and Sworn to before me

12

this 11th day of *Dec* , 2012.

13

14

- Notary Public -

15

My commission expires:

16

OLIVIA SCHULZE
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 94-1488-1
My Appt. Expires December 27, 2015

17
18
19
20
21
22
23
24
25
26
27
28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101