Adam P. Segal, Esq.
Nevada Bar No. 6120
Clark V. Vellis, Esq.
Nevada Bar No. 5533
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:     (702) 382-2101
Facsimile:      (702) 382-8135
Email: asegal@bhfs.com
Email: cvellis@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAMS BROTHER, INC., a Nevada corporation, <br><br> Defendant. | Case No. 2:12-cv-00812-MMD-PAL <br><br><br> STIPULATED/CONSENT JUDGMENT |
|---|---|

Williams Brother, Inc. ("Williams"), hereby stipulates and consents to entry of judgment in favor of Plaintiffs, Trustees of the Electrical Workers Health and Welfare Trust, Trustees of the Electrical Workers Pension Trust, and Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund (collective "Trust Funds"), and against Williams in the total sum of

020051\0108\1752611.2

1

$32,785 for delinquent employee benefit contributions and related costs and fees owed under the Employee Retirement Income Security Act of 1974 ("ERISA").

The parties have stipulated and therefore the Court finds:

1. Williams is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the International Brotherhood of Electrical Workers Local No. 357 ("Union"), in which Williams agreed to abide by the trust agreements establishing the respective Trust Funds and any amendments thereto ("Trust Agreements").

2. Under the CBA and the Trust Agreements, Williams is obligated to pay employee benefit contributions to the Trust Funds on behalf of Williams's bargaining unit employees represented by the Union.

3. Based on a contract compliance review ("Audit") for the period of September 1, 2009, through May 31, 2012, Williams owes the Trust Funds $32,785, which includes employee benefit contributions, liquidated damages, interest, audit fees, and attorney's fees to date.

4. This Stipulated/Consent Judgment is entered into by and between Williams and the Trust Funds for employee benefit contributions and related costs and fees owed to the Trust Funds by ERISA.

Dated: December 14, 2012

BROWNSTEIN HYATT FARBER SCHRECK, LLP

_____
Adam P. Segal, Esq.
Clark V. Vellis, Esq.
Bryce C. Loveland, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
*Attorneys for Plaintiffs*

Dated: Dec. 11, 2012

WILLIAMS BROTHER, INC., a Nevada corporation

_____
Name: Michael Poeh
Title: President
Telephone: _____
Facsimile: _____

020051\0108\1752611.2

2

## JUDGMENT

Judgment is hereby entered against Williams Brother, Inc., a Nevada corporation and in favor of the Trustees of the Electrical Workers Health and Welfare Trust, Trustees of the Electrical Workers Pension Trust, and Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund in the amount of $32,785.

Dated this 12th day of February, 2013.

_____
U.S. DISTRICT COURT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

STATE OF NEVADA  )
                ) SS.
COUNTY OF CLARK )

_MICHAEL PECK_, being first duly sworn, deposes and says:

That he/~~she~~ is the _Pres._ of Williams Brother, Inc., a Nevada corporation, and is duly authorized to execute this document; that he/she has read the foregoing Stipulated/Consent Judgment and knows the contents thereof; that the same is true of his/her own knowledge, except for those matters therein stated on information and belief, and as to those matters he/she believes them to be true.

_____
Affiant

Subscribed and Sworn to before me this _11th_ day of _Dec_, 2012.

_____
- Notary Public -

My commission expires: _____

OLIVIA SCHULZE
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 94-1488-1
My Appt. Expires December 27, 2015

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

020051\0108\1752611.2          4